Paula A. Fleck WY State Bar # 6-2660
HOLLAND & HART LLP
25 South Willow Street, Suite 200
P. O. Box 68
Jackson, WY 83001-0068
Telephone: (307) 739-9741
Facsimile: (307) 739-9744
pfleck@hollandhart.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| FRANK SACCA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WYOMING WHISKEY, INC., BRADFORD MEAD, KATHERINE MEAD, and DAVID DEFAZIO, | ) Case No. 2:18-CV-00025-ABJ ) ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendants notify the Court that Wyoming Whiskey, Inc. has no parent corporation and is a privately owned company.

Dated this 21st day of February, 2018.

HOLLAND & HART LLP


By_____/s/_____
Paula A. Fleck WY State Bar # 6-2660
HOLLAND & HART LLP
25 South Willow Street, Suite 200
P. O. Box 68
Jackson, WY 83001-0068
Telephone: (307) 739-9741
Facsimile: (307) 739-9744
pfleck@hollandhart.com

Attorneys for Defendants.

10706848_1